IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  3:10cr40DCB-LRA

FRANCES E. HAWKINS  18 U.S.C. § 1711
 18 U.S.C. § 641

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses without prejudice Count 2 and the Notice of Forfeiture of the Indictment against the defendant, FRANCES E. HAWKINS.

DONALD R. BURKHALTER
United States Attorney

By:   *s/ E. Carlos Tanner, III*
 E. Carlos Tanner, III
 Assistant United States Attorney
 MS Bar # 102713

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   6th   day of October, 2010.

   s/ David Bramlette
UNITED STATES DISTRICT JUDGE